Terence G. WESTRY, Plaintiff—
Appellant,

v.

NORTH CAROLINA A & T STATE
UNIVERSITY, Defendant—
Appellee.

No. 03–2359.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 22, 2004.

Decided: April 15, 2004.

Terence G. Westry, Appellant pro se.

Celia Grasty Lata, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terence G. Westry appeals the district court's order granting summary judgment to North Carolina A & T State University in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Westry v. North Carolina A & T State University,* 286 F.Supp.2d 597 (M.D.N.C.

Sept. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*